45 F.Supp.2d 980

PILLSBURY CO., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court Nos. 93–03–00161 and 98–12–03190

(Dated May 3, 1999)

## ORDER

MUSGRAVE, *Senior Judge:* Upon careful consideration of plaintiff's Motion to Consolidate Actions and to Establish a Trial Schedule, defendant's memorandum in opposition thereto, oral argument, and all other papers and proceedings, it is hereby:

ORDERED that plaintiff's Motion to Consolidate Actions and to Establish a Trial Schedule be, and hereby is, denied; and it is further

ORDERED that the parties shall confer and file, by June 2, 1999, a joint proposed Judgment Order in Court No. 93–03–00161 in accordance with the Slip Op. 98–109 granting summary judgment to the plaintiff; and it is further

ORDERED that if the parties are unable to file a joint proposed Judgment Order, then each party shall file a proposed Judgment Order by June 2, 1999.